
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 5:10CR00031 |
| | Civil Action No. 5:12CV80463 |
| v. | |
| | **FINAL ORDER** |
| ADAN APARICIO-MARQUEZ, | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The magistrate judge's report and recommendation is **ADOPTED**;

2. The defendant's objection to the magistrate judge's report is **OVERRULED**;

3. The defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **DENIED** and this action shall be **STRICKEN** from the active docket of the court; and

4. A certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 16th day of December, 2013.

_/s/ Glen Conrad_
Chief United States District Judge